Mathias B. Becker, administrator of the estate of Richard Raymond Levis, deceased, appellee, v. Chicago, Indianapolis & Louisville Railway Company and Chicago & Western Indiana Railroad Company, appellants. Gen. No. 23,831.

Action to recover for death of driver of automobile struck by train at street intersection. Judgment for plaintiff for $10,000. Appeal from the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed December 24, 1918. Rehearing denied January 6, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Winston, Payne, Strawn & Shaw, for appellants; John D. Black, of counsel. C. Helmer Johnson, for appellee; James D. Power, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.